## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Sergio Velasquez Col

                Plaintiff,

v.

Kristi Noem, et al.

                Defendant.

Case No.: 1:25–cv–14315
Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 27, 2026:

      MINUTE entry before the Honorable April M. Perry: Plaintiff has filed an amended complaint [21], which moots the previously–filed motion to dismiss [17]. As a result, the Court denies the motion to dismiss [17] as moot and strikes the briefing schedule [20]. Defendant is to answer or otherwise plead to the amended complaint by 4/16/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.